# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| KHALIL HARBIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 4:20-cv-01596 |
| CITY OF BRECKENRIDGE HILLS, et. al., | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM

COMES NOW Timothy J. Reichardt, Counsel of Record for Defendants City of Breckenridge Hills, Officer Paul Rinck, and Sergeant Jennifer Branstetter, and hereby advises the Court and parties of his Change of Law Firm and Contact information as set forth below.

REICHARDT TORBITZKY LLC

By: */s/ Timothy J. Reichardt*
Timothy J. Reichardt, #57684MO
12444 Powerscourt Dr. Ste. 370
St. Louis, MO  63131
tjr@rtlawstl.com
(314) 249-0818
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 11th day of March 2021 to be served by operation of the Court's electronic filing system upon all parties through their counsel registered with CM/ECF.

                                    */s/ Timothy J. Reichardt*