UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KHALIL HARBIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20 CV 1596 CDP |
| | ) | |
| CITY OF BRECKENRIDGE HILLS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the Joint Motion to Modify the Case Management Order [24] is **GRANTED** as follows:

1. Discovery shall proceed in the following manner:

(a) Plaintiff shall disclose all expert witnesses and shall provide the reports or other information required by Rule 26(a)(2), Fed. R. Civ. P., no later than **March 1, 2022**, and shall make expert witness available for depositions, and have depositions completed, no later than **April 15, 2022**.

(b) Defendants shall disclose all expert witnesses and shall provide the reports or other information required by Rule 26(a)(2) Fed. R. Civ. P., no later than **June 1, 2022**, and shall make expert witness available for deposition, and have depositions completed, no later than **July 15, 2022**.

(c) The parties shall disclose rebuttal expert witnesses and shall provide the reports or other information required by Rule 26(a)(2), Fed. R. Civ. P., no later than **August 15, 2022**, and shall make rebuttal expert witnesses available for depositions, and have depositions completed, no later than **September 15, 2022**.

(d) Requests for physical or mental examination of parties pursuant to Rule 35, Fed. R. Civ. P., must be made no later than **April 15, 2022**, and the examination shall be completed by **May 16, 2022**.

(e) The parties shall complete all discovery in this case no later than **October 14, 2022**.

2. This case will be referred to alternative dispute resolution effective **April 1, 2022**, and that reference shall terminate on **June 1, 2022**.

3. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony must be filed no later than **November 14, 2022**. Opposition briefs shall be filed no later than thirty days after the motion or **December 14, 2022**, whichever is earlier. Any reply brief may be filed no later than ten days following the response brief or **December 27, 2022**, whichever is earlier.

4. The **JURY TRIAL** in this case is **reset** from October 3, 2022 **to Monday, March 27, 2023**, at **8:30 a.m.** This is a **two-week** docket.

A separate Amended Order Referring this case to Alternative Dispute Resolution is entered this same date.

*[signature: Catherine D. Perry]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2022.