**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| KHALIL HARBIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:20-cv-01596-CDP |
| | ) | |
| CITY OF BRECKENRIDGE HILLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDER

The parties jointly move to modify the Case Management Order in this case. In support of this motion, the parties state:

1.      On January 11, 2022, the Court entered an amended Case Management Order. The parties have been engaged in discovery and have chosen a neutral for mediation. Howver, because of a variety of factors including issues that have arisen during discovery, a pending trial for defense counsel, a COVID diagnosis for plaintiff's counsel, and the press of other business, the parties need to modify the current deadlines.

2.      The parties proposed the following new deadlines:

a.      Plaintiffs' supplemental expert witnesses and reports shall be disclosed no later than **June 1, 2022**; Plaintiffs' expert witnesses shall be made available for deposition no later than **July 15, 2022**. Defendants' experts and reports shall be disclosed no later than **September 1, 2022**; Defendants' expert witnesses shall be made available for deposition no later than **October 17, 2022**. Rebuttal experts and reports shall be provided no later than **November 15, 2022**, and rebuttal experts shall be made available for

deposition no later than **December 15, 2022**.

    b.      If physical examinations of Plaintiff are requested, the requests shall be made by **July 15, 2022**, and the examinations shall be completed by **August 15, 2022**.

    c.      All discovery to be completed by **January 16, 2023**.

    d.      Any dispositive motions or *Daubert* motions will be filed by **February 15, 2023**.

2.      The parties request the following schedule for mediation:

    a.      Designation of Neutral/Conference report due by **August 1, 2022**.

    b.      Completion of ADR by **September 1, 2022**.

    c.      ADR Compliance Report Deadline due by **September 15, 2022**.

3.      The earliest possible date by which this case should reasonably be expected to be ready for trial is **June 19, 2023**.

4.      The estimated length of time expected to try the case to verdict is 4-5 days.

**KHAZAELI WYRSCH LLC**

By: /s/ Javad M. Khazaeli

Javad M. Khazaeli, # 55735MO

James R. Wyrsch, # 53197MO

911 Washington Avenue, Suite 211

St. Louis, MO 63101

(314) 288-0777

javad.khazaeli@kwlawstl.com

james.wyrsch@kwlawstl.com

*Attorneys for Plaintiff*

**REICHARDT NOCE LLC**

By: /s/ Timothy J. Reichardt

Timothy J. Reichardt, #57684MO

12444 Powerscourt Dr. Ste. 370

St. Louis, MO 63131

(314) 789-1199

tjr@reichardtnoce.com

*Attorney for Defendants*

2